**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

|  |  |  |
|---|---|---|
| SCIENCE SYSTEMS AND APPLICATIONS, INC. | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Case No. 8:14-cv-02212-PWG |
| | ) ) ) | |
| UNITED STATES OF AMERICA, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, ET AL. | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE

Plaintiff, Science Systems and Applications, Inc. ("SSAI"), by counsel, hereby files this Notice informing the Court of the continued, urgent circumstances in support of its request for a hearing on the injunctive relief requested in Plaintiff's pleadings, including its Opposition to Defendant's Motion to Dismiss, and also in Plaintiff's oral motion for consideration of the same in the status conference ("the Conference") held on August 5, 2014.

In Plaintiff's Opposition to Defendant's Motion to Dismiss and during the Conference, Plaintiff alerted the Court to the fact that it had requested relief in the form of maintaining the status quo (i.e., stopping the transition from the ESPDS Contract to the SMOMS contract to include the respective demobilization of SSAI and mobilization of the 2020 Company unless and until the NOAA Office of Inspector General could complete its investigation). During the Conference, the Court stated that it would

1

consider the scope of the relief requested and the basis for that relief upon deciding the Defendant's motion to dismiss.

To the best of Plaintiff's knowledge and belief, the transition from the ESPDS Contract to the SMOMS contract will commence on or around 12:00 p.m. EST on Friday, August 15, 2014. This contract transition will be completed by 12:00 a.m. EST on Saturday, August 16, 2014. If the Court is not able to determine the scope of injunctive relief requested and entitlement to such injunctive relief by Friday, August 15th at 12:00 p.m. EST (whether by hearing as hereby requested or otherwise) then Plaintiff will be subject to contract transition despite its timely request for injunctive relief stopping the remaining contract transition.

Respectfully submitted,

Dated: August 14, 2014                    /s/
Jerry A. Miles, Esq.
**DEALE SERVICES, LLC**
One Research Court, Suite 450
Rockville, Maryland, 20850
O| 240 403 2652 M| 240 328 0514
A| 240 342 3212  F| 301 519 8001
jmiles@dealeservices.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 14th day of August, 2014, I have electronically filed via the Court's ECF system the foregoing Notice, and have, therefore, served true and correct copies on all parties who are receiving notices via the Court's CM/ECF service.

/s/
Jerry A. Miles, Esq.
**DEALE SERVICES, LLC**
One Research Court, Suite 450
Rockville, Maryland, 20850
O| 240 403 2652 M| 240 328 0514
A| 240 342 3212  F| 301 519 8001
jmiles@dealeservices.com
*Counsel for Plaintiff*