## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____

SCIENCE SYSTEMS AND APPLICATIONS
INC.,

                Plaintiff(s)             No. PWG-14-2212

   v.

UNITED STATES OF AMERICA,

                Defendant

_____


## PLAINTIFF'S VOLUNTARY DISMISAL


Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Science Systems and Applications, Inc., ("Plaintiff"), hereby, through undersigned counsel, files this motion for voluntary dismissal of the above referenced case and requests that the Court enter an order confirming the same. Defendant does not oppose this motion and agrees that each side will be responsible for their costs and attorney's fees.

DATE: February 9, 2015


                         Respectfully Submitted,


                         ____/s/_____

                         Jerry Alfonso Miles, Esq.
                         Deale Services, LLC
                         One Research Court, Suite 450
                         Rockville, Maryland, 20850

                         Email: jmiles@dealeservices.com
                         Phone: 240 403 2652
                         Facsimile: 301 519 8001